**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**DON RHYNES**                                                    **PETITIONER**

**v.**                                              **No. 1:26-CV-073-GHD-DAS**

**WINSTON COUNTY**                                               **RESPONDENT**

**ORDER**

The Petitioner, Rhynes has submitted a petition for a writ of *habeas corpus* under 28 U.S.C. §2254.   Doc. [1]. The Petitioner has not, however, completed court's standard form for such petitions. The court uses these forms for the expeditious administration of *habeas corpus* petitions. While, Petitioner has submitted a form, he has not described his grounds for relief. As such, the petitioner must complete and return the enclosed form within 21 days, explaining why he believes he is entitled to relief.   Failure to do so may lead to the dismissal of this case without prejudice.

**SO ORDERED**, this, the 6th day of July, 2026.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE